IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CHERYL M. BARLOW, as next friend of DAVID MONCEBAIZ, § § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. G-04-557 |
| § JOHN WARREN OWENS, II, ROBERT MCCURLEY, and the CITY OF GALVESTON, § § | |
| Defendants. § § | |

## FINAL JUDGMENT

As set forth in the Order Granting Defendants' Motion for Summary Judgment, issued this day, such Motion is hereby **GRANTED**. Any and all claims herein asserted are hereby **DISMISSED WITH PREJUDICE,** except that Plaintiff's § 1983 claims against Defendant City of Galveston are **DISMISSED WITHOUT PREJUDICE**, as set forth in the Court's Order of March 4, 2005. All Parties are to bear their own costs, attorney's fees, and expenses incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 22nd day of July, 2005, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge

1